| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CRAIG G. MARGULIES (State Bar No. 185925)<br>*Craig@MarguliesFaithLaw.com*<br>MONSI MORALES (State Bar No. 235520)<br>*Monsi@MarguliesFaithLaw.com*<br>**MARGULIES FAITH LLP**<br>16030 Ventura Blvd., Suite 470<br>Encino, California 91436<br>Telephone: (818) 705-2777<br>Facsimile:  (818) 705-3777<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Darrell Maag, Debtor and Debtor in Possession* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN CALIFORNIA RESEARCH, LLC,<br><br>                Debtor and Debtor in Possession.<br>In re:<br><br>DARRELL MAAG,<br><br>                Debtor and Debtor in Possession. | Case No.:  9:22-bk-10022-DS<br><br>Chapter 11<br><br>Jointly Administered With:<br>Case No.:  9:22-bk-10023-DS |
| ☐ Affects Both Debtors<br>☐ Affects Southern California Research, LLC<br>☒ Affects Darrell Maag | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br>**MOTION FOR ORDER DISALLOWING PROOF OF CLAIM 7 FILED BY SOUTHWESTERN RESEARCH, INC.** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER RE MOTION FOR ORDER DISALLOWING PROOF OF CLAIM 7 FILED BY SOUTHWESTERN RESEARCH, INC.** was lodged on (*date*) **October 14, 2022** and is attached.  This order relates to the motion which is docket number **56**.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# Order

Craig G. Margulies, Esq. (State Bar No. 185925)
*Craig@MarguliesFaithLaw.com*
Monsi Morales (State Bar No. 235520)
*Monsi@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Blvd., Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Counsel for Darrell Maag,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>SOUTHERN CALIFORNIA RESEARCH, LLC,<br><br>Debtor and Debtor in Possession<br><br>In re<br><br>DARRELL MAAG,<br><br>Debtor and Debtor in Possession<br><br>☐ Affects Both Debtors<br>☐ Affects Southern California Research, LLC<br>☒ Affects Darrell Maag | Case No.:  9:22-bk-10022-DS<br><br>Chapter:  11<br><br>Jointly Administered with Case No.: 9:22-bk-10023-DS<br><br>**ORDER RE MOTION FOR ORDER DISALLOWING PROOF OF CLAIM 7 FILED BY SOUTHWESTERN RESEARCH, INC.**<br><br>**Hearing via ZoomGov:**<br>Date:   October 11, 2022<br>Time:  11:30 a.m.<br>Place: Courtroom 201<br>           United States Bankruptcy Court<br>           1415 State Street<br>           Santa Barbara, CA 93101 |

A hearing was held at the above-captioned date and time on the "Motion for Disallowance of Proof of Claim 7 Filed by Southwestern Research, Inc. ("SRI")" (the "Motion," Dkt. No. 56), filed by Darrell Maag ("Debtor"), the Chapter 11 Debtor and debtor-in-possession in the above-captioned case (the "Bankruptcy Case"). Craig G. Margulies, Esq. of Margulies Faith LLP appeared for the Debtor, and all other appearances were as noted on the record at the hearing on the Motion.

In connection with the Motion, the Court reviewed and considered the Motion, the documents filed in support of the Motion, Proof of Claim No. 7, the opposition to the Motion filed by SRI and the Debtor's reply thereto, and other relevant files and records in this Bankruptcy Case. The Court having found that Notice of the Motion was proper, and pursuant to the Court's tentative ruling, hereby **Orders** that:

1. The Motion shall track and be resolved in connection with the pending adversary proceeding entitled <u>Southern California Research, LLC and Darrell Derick Maag vs. Southwestern Research, Inc.</u> Adv. Case No. 9:22-ap-01012-DS (the "Adversary Proceeding); and

2. The hearing on the Motion is therefore continued to January 24, 2023 at 11:30 a.m. (the same date and time as the continued Status Conference in the Adversary Proceeding), which hearing shall be a status conference only on the Motion.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 14, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 14, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to Amended General Order 21-05 June 22, 2021, no Judge's copy is being served.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 14, 2022 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012          Page 2          F 9021-1.2.BK.NOTICE.LODGMENT

## ADDITIONAL SERVICE INFORMATION (if needed):

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**ATTORNEY FOR CREDITOR:  J Scott Bovitz**    bovitz@bovitz-spitzer.com

**ATTORNEY FOR CREDITOR:  Donald Cornwell**    don@doncornwell.com

**ATTORNEY FOR DEBTOR:  Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

**ATTORNEY FOR U.S. TRUSTEE:  Kristin T Mihelic**    kristin.t.mihelic@usdoj.gov

**ATTORNEY FOR DEBTOR:  Monserrat Morales**    Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

**ATTORNEY FOR DEBTOR:  James R Selth**    jim@wsrlaw.net, jselth@yahoo.com;vinnet@ecf.inforuptcy.com

**INTERESTED PARTY:  Valerie Smith**    claims@recoverycorp.com

**United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:  Daniel J Weintraub**    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 9021-1.2.BK.NOTICE.LODGMENT**