| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| J. SCOTT BOVITZ (SBN 093458)<br>BOVITZ & SPITZER<br>1100 Wilshire Boulevard, Suite 2403<br>Los Angeles, CA 90017-1961<br>(213) 346-8300; bovitz@bovitz-spitzer.com<br><br>DONALD L. CORNWELL (SBN 081697)<br>LAW OFFICES OF DONALD L. CORNWELL, PC<br>11826 Dorothy Street, Suite 201<br>Los Angeles, CA 90049<br>(310) 820-1723; don@doncornwell.com<br><br>☒ *Attorney for:* Southwestern Research, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Darrell Maag,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:22-bk-10023-DS<br>CHAPTER: 11<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: 04/04/2023<br>TIME: 11:30 am<br>COURTROOM: 201 by Zoom<br>PLACE: 1415 State Street<br>Santa Barbara, CA 93101 |
|---|---|

1. TO *(specify claimant and claimant's counsel, if any)*: _____
   Valley Oaks-Griffin Memorial Park, Mortuary & Crematory dba Pierce Brothers Valley Oaks Memorial Park

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #__N/A__) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 02/19/2023

Date Notice Mailed: 02/19/2023

Bovitz & Spitzer/Law Offices of Donald L. Cornwell, PC
Printed name of law firm

/s/ J. Scott Bovitz
Signature

J. Scott Bovitz
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 3007-1.1.NOTICE.OBJ.CLAIM**

# NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE DEBORAH J. SALTZMAN'S CASES

> Due to the COVID-19 outbreak, Judge Saltzman has suspended her prior telephonic hearing procedures. **Except for chapter 13 confirmation hearings and as otherwise ordered by the Court, all hearings through the end of 2020 before Judge Saltzman will be conducted remotely using ZoomGov.** Hearing participants and members of the public may view and listen to hearings before Judge Saltzman using ZoomGov free of charge. Video and audio connection information for each hearing will be provided on Judge Saltzman's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as a smartphone). Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply). The audio portion of each hearing will be recorded electronically by the Court and will constitute its official record.

## Tips for a More Successful ZoomGov Court Experience

1. Test the video and audio capabilities of your computer or mobile device in advance of the hearing (i.e., at least one day in advance).

    a. Click on the ZoomGov meeting link posting for the hearing and/or check your video and audio using the ZoomGov app.

2. If you intend to speak at the hearing, please find a quiet place from which to participate.

3. If you are connecting to the hearing using a wireless device, situate yourself in a location with a strong wireless signal.

4. Unless and until it is your turn to speak, please mute your audio to minimize background noise.

Revised June 8, 2020

    a. If connected to ZoomGov audio by telephone, you can mute or unmute your connection by pressing *6 on your phone.

5. When you first speak—and each time you speak after someone else has spoken—please say your name.  This may seem awkward but is essential to making a good court record.  The only part of the hearing being recorded is the audio.  If a transcript is requested, it is sometimes difficult for the transcriber to know who is speaking.

6. If you are participating by video, try to avoid having a window or bright background behind you (a bright background can make you appear on video as a silhouette or shadow).  If you cannot avoid the bright background, try using a desk lamp or other light source to brighten your face.

7. If you are participating by video using a personal computer, you may separately connect to the audio feed by telephone (for improved audio) using the call-in information provided for the hearing.

    a. If you do this, please connect to the video feed first.  In the ZoomGov app, you will be assigned a Participant Code.  Use this code to associate your video and audio feeds.

8. If available, a headset-microphone often provides better sound quality for listening and speaking.

9. Participants and members of the public should at all times remember that although conducted remotely, these hearings are official court proceedings, and individuals should act accordingly.

    a. If video is enabled, please wear suitable attire. A suit isn't necessary, but "business casual" would be appropriate.

    b. ZoomGov permits the use of virtual backgrounds to safeguard your privacy.  If you choose to use a virtual background, please avoid backgrounds that are offensive or distracting.

10. ZoomGov video participants are permitted to specify a display name.  If using video, please specify your complete name to assist the Court in creating a record of the proceedings.

Revised June 8, 2020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1100 Wilshire Boulevard, Suite 2403, Los Angeles, California 90017-1961

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/19/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/19/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Valley Oaks-Griffin Memorial Park, Mortuary & Crematory dba Pierce Brothers Valley Oaks Memorial Park
5600 Lindero Canyon Road
Westlake Villagle, CA 91362

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/19/2023 | J. Scott Bovitz | /s/ J. Scott Bovitz |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012 — Page 2 — F 3007-1.1.NOTICE.OBJ.CLAIM

# Mailing Information for Case 9:22-bk-10023-DS

## Electronic Mail Notice List (February 19, 2023)

- **J Scott Bovitz**    bovitz@bovitz-spitzer.com
- **Donald Cornwell**    don@doncornwell.com
- **Vincent V Frounjian**    vvf.law@gmail.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Kristin T Mihelic**    kristin.t.mihelic@usdoj.gov
- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov