Craig G. Margulies, Esq. (State Bar No. 185925)
*Craig@MarguliesFaithLaw.com*
Monsi Morales, Esq. (State Bar No. 235520)
*Monsi@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Blvd., Suite 470, Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Attorneys for Darrell Maag,
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>DARRELL MAAG<br><br>Debtor. | Case No.:  9:22-bk-10023-DS<br><br>Chapter:  11<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR DISALLOWANCE OF PROOF OF CLAIM 7 FILED BY SOUTHWESTERN RESEARCH, INC. [Dkt. No. 56]**<br><br>[No hearing required] |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SOUTHWESTERN RESEARCH, INC., AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT**, pursuant to the *Stipulation for Entry of Judgment for Avoidance, Recovery and Preservation of Prepetition Transfers under 11 U.S.C. §§ 547(b), 550(a) and 551*, filed as Docket No. 45 in the adversary proceeding entitled *Southern California Research, LLC, and Darrell Derrick Maag v. Southwestern Research, Inc.* (Adv. Case No. 9:22-ap-01012-DS), Darrell Maag (the "Debtor") hereby withdraws the *Motion for Disallowance of Proof of Claim 7 Filed by Southwestern Research, Inc.* (the "Motion"), filed on September 6, 2022 [Dkt. No. 56].  The Debtor's withdrawal of the Motion

is without prejudice, and the Debtor reserves all rights to refile the Motion or otherwise to seek any or all the relief sought by the Motion at the appropriate time.

DATED: March 29, 2023　　　　　　　　**MARGULIES FAITH, LLP**

By:　*/s/ Monsi Morales*
　　　Craig G. Margulies
　…………Monsi Morales
Attorneys for Darrell Maag,
Debtor and Debtor-in-Possession

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR DISALLOWANCE OF PROOF OF CLAIM 7 FILED BY SOUTHWESTERN RESEARCH, INC. [Dkt. No. 56]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 29, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **March 29, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to Amended General Order, no Judge's copy is being served.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 29, 2023 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE LIST

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Megan M Adeyemo on behalf of Debtor Darrell D. Maag**
madeyemo@grsm.com, asoto@grsm.com

**J Scott Bovitz on behalf of Creditor Southwestern Research, Inc.**
bovitz@bovitz-spitzer.com

**J Scott Bovitz on behalf of Defendant Southwestern Research, Inc.**
bovitz@bovitz-spitzer.com

**J Scott Bovitz on behalf of Plaintiff Southwestern Research, Inc.**
bovitz@bovitz-spitzer.com

**Jeffrey D Cawdrey on behalf of Debtor Darrell D. Maag**
jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com

**Jeffrey D Cawdrey on behalf of Defendant Darrell Maag**
jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com

**Donald Cornwell on behalf of Creditor Southwestern Research, Inc.**
don@doncornwell.com

**Donald Cornwell on behalf of Creditor Southwestern Research, Inc.**
don@doncornwell.com

**Donald Cornwell on behalf of Defendant Southwestern Research, Inc.**
don@doncornwell.com

**Vincent V Frounjian on behalf of Creditor AMERICAN HONDA FINANCE CORPORATION**
vvf.law@gmail.com

**Craig G Margulies on behalf of Debtor Darrell D. Maag**
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

**Craig G Margulies on behalf of Debtor Darrell Derrick Maag**
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

**Craig G Margulies on behalf of Plaintiff Darrell Derrick Maag**
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

**Kristin T Mihelic on behalf of U.S. Trustee United States Trustee (ND)**
kristin.t.mihelic@usdoj.gov

**Monserrat Morales on behalf of Debtor Darrell D. Maag**
Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

**Monserrat Morales on behalf of Debtor Darrell Derrick Maag**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

**Monserrat Morales on behalf of Interested Party Courtesy NEF**
Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

**Monserrat Morales on behalf of Plaintiff Darrell Derrick Maag**
Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

**Jerry Namba (TR)**
jnambaepiq@earthlink.net, jnambalaw@yahoo.com;jn01@trustesolutions.net;paknamba@gmail.com

**James R Selth on behalf of Debtor Southern California Research, LLC**
jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com

**James R Selth on behalf of Interested Party Courtesy NEF**
jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com

**James R Selth on behalf of Interested Party Courtesy NEF**
jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com

**Valerie Smith on behalf of Interested Party Courtesy NEF**
claims@recoverycorp.com

**United States Trustee (ND)**
ustpregion16.nd.ecf@usdoj.gov

**Daniel J Weintraub on behalf of Debtor Southern California Research, LLC**
dweintraub@wztslaw.com, vinnet@ecf.inforuptcy.com

**Daniel J Weintraub on behalf of Plaintiff Southern California Research, LLC**
dweintraub@wztslaw.com, vinnet@ecf.inforuptcy.com

- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**