J. SCOTT BOVITZ (SBN 93458)
BOVITZ & SPITZER
1100 Wilshire Boulevard, Suite 2403
Los Angeles, CA 90017-1961
(213) 346-8300; fax (213) 928-4174
bovitz@bovitz-spitzer.com

Attorneys for SOUTHWESTERN RESEARCH, INC.

DONALD L. CORNWELL (SBN 81697)
LAW OFFICES OF DONALD L. CORNWELL, PC
11826 Dorothy Street, Unit 201
Los Angeles, CA 90049
(310) 820-1723
don@doncornwell.com

Attorneys for SOUTHWESTERN RESEARCH, INC.
and the DENNIS MUNJACK INTER VIVOS TRUST

FILED & ENTERED

MAY 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>DARRELL DERRICK MAAG,<br><br>　　　　　　Debtor. | Case No. 9:22-bk-10023-DS<br><br>Chapter 11<br><br>**ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR MONETARY SANCTIONS**<br><br>Hearing:<br>Date:　May 15, 2023<br>Time:　12:30 p.m.<br>Place:　Courtroom 1639<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California 90012<br>　　　　(via ZoomGov) |

　　　The court held a continued hearing at the above time and place on the "Motion to Compel Production of Documents and For Monetary Sanctions" (the "Motion," Docket No. 99) filed by Southwestern Research, Inc. ("SRI"). Appearances were noted on the record.

After considering the Motion, the arguments and statements of counsel made at the respective hearings, and the record in this case, for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED as follows:

1. With respect to SRI's Request for Production Nos. 1, 2, 3, 4, 8, 11, 17, and 18, all of the above-captioned debtor's objections are overruled. The above-captioned debtor is ordered to immediately produce all responsive documents to these requests.

2. SRI's request for monetary sanctions against the above-captioned debtor and his counsel is denied.

###

Date: May 24, 2023

Deborah J. Saltzman
United States Bankruptcy Judge