JEFFREY D. CAWDREY (SBN: 120488)
*jcawdrey@grsm.com*
MEGAN M. ADEYEMO (TX BN: 24099595) (Admitted Pro Hac Vice)
*madeyemo@grsm.com*
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

CRAIG J. MARIAM (SBN: 225280)
*cmariam@grsm.com*
JOHN P. COGGER (SBN: 172808)
*jcogger@grsm.com*
GORDON REES SCULLY MANSUKHANI LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 334-7146
Facsimile: (213) 680-4470

Attorneys for Debtor
DARRELL MAAG

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re: | CASE NO. 9:22-BK-10023-DS |
| DARRELL MAAG, | Chapter 11 |
| Debtor. | **DEBTOR DARRELL MAAG'S NOTICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 45(a)(4)** |

Federal Rule of Civil Procedure 45(a)(4) provides: "If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served on the person to whom it is directed, a notice and copy of the subpoena must be served on each party.

Please take notice that Debtor Darrell Maag has issued a subpoena that calls for the production of documents from Merrill Lynch, Pierce, Fenner & Smith, Inc. on July 6, 2023.

- 1 -
DEBTOR'S NOTICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 45(A)(4)

Dated: June 13, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Jeffrey D. Cawdrey*
Jeffrey D. Cawdrey
Craig J. Mariam
John P. Cogger
Attorneys for Debtor,
DARRELL MAAG