Debtor's Name DARRELL MAAG

Case No. 22-10023

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $2,096 |
| d. | Total income in the reporting period (a+b+c) | $2,096 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $12,038 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $12,038 |
| j. | Difference between total income and total expenses (d-i) | $-9,942 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Darrell Derrick Maag  *Darrell Maag*

Signature of Responsible Party

Debtor-in-Possession

Title

Darrell Derrick Maag

Printed Name of Responsible Party

06/28/2023

Date

UST Form 11-MOR (12/01/2021)          9

# Wells Fargo Everyday Checking

May 31, 2023 ■ Page 1 of 8

WELLS FARGO

DARRELL D MAAG
DEBTOR IN POSSESSION
CH11 CASE #22-10023 (CCA)
5550 PARTRIDGE CT
WESTLAKE VILLAGE CA 91362-5415

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $128,222.69 |
| Deposits/Additions | 2,096.25 |
| Withdrawals/Subtractions | - 12,038.06 |
| **Ending balance on 5/31** | **$118,280.88** |

Account number: 6552
**DARRELL D MAAG**
**DEBTOR IN POSSESSION**
**CH11 CASE #22-10023 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

(114)
Sheet Seq = 0048972
Sheet 00001 of 00004

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Purchase Return authorized on 04/27 Vons.Com #3135 877-505-4040 CA S463117500148408 Card 8398 | 14.37 | | |
| 5/1 | | Purchase Return authorized on 04/27 Vons.Com #3135 877-505-4040 CA S383117742745937 Card 8398 | 18.94 | | |
| 5/1 | | Deposit Made In A Branch/Store | 2,000.00 | | |
| 5/1 | | Purchase authorized on 04/27 Vons.Com #3135 877-505-4040 CA S383117491135772 Card 8398 | | 103.22 | |
| 5/1 | | Purchase authorized on 04/27 Staples 0010 Westlake Vill CA S303117708867267 Card 2939 | | 8.00 | |
| 5/1 | | Purchase authorized on 04/27 Staples 0010 Westlake Vill CA S463117720927500 Card 2939 | | 37.06 | |
| 5/1 | | Purchase authorized on 04/27 Staples 0010 Westlake Vill CA S303117861984129 Card 2939 | | 38.72 | |
| 5/1 | | Purchase authorized on 04/28 Pavilions.Com #221 877-505-4040 CA S583118517960738 Card 8398 | | 18.03 | |
| 5/1 | | Purchase authorized on 04/28 Conejo Valley Adul 805-4972761 CA S383118702890062 Card 8398 | | 105.00 | |
| 5/1 | | Purchase authorized on 04/28 Domino's 8175 Westlake Vill CA S383119079170256 Card 8398 | | 64.98 | |
| 5/1 | | Purchase authorized on 04/29 Vons.Com #3135 877-505-4040 CA S463119488811198 Card 8398 | | 90.70 | |
| 5/1 | | Recurring Payment authorized on 04/29 Netflix.Com Netflix.Com CA S383119508022429 Card 8398 | | 19.99 | |
| 5/1 | | Purchase authorized on 04/29 Chevron 0308943 Westlake Vill CA S303119732275318 Card 8398 | | 75.14 | |
| 5/1 | | Purchase authorized on 04/29 Staples 0010 Westlake Vill CA S583119795547957 Card 2939 | | 39.76 | |
| 5/1 | | Purchase authorized on 04/29 Qdi*Quest Diagnost 800-758-6047 CA S383120115837355 Card 8398 | | 38.34 | |
| 5/1 | | Recurring Payment authorized on 04/30 Blue Shield Califo 800-393-6130 CA S583120463689258 Card 8398 | | 808.79 | |
| 5/1 | | Recurring Payment authorized on 04/30 Blue Shield Califo 800-393-6130 CA S463120465978797 Card 2939 | | 553.36 | 128,254.91 |
| 5/2 | | Recurring Payment authorized on 05/01 Young Mens Christi 805-497-3081 CA S583121434377218 Card 2939 | | 49.00 | 128,205.91 |
| 5/3 | | Purchase authorized on 05/01 Vons.Com #3135 877-505-4040 CA S383121498214757 Card 8398 | | 88.80 | |
| 5/3 | | Recurring Payment authorized on 05/02 Apple.Com/Bill 866-712-7753 CA S463122258820775 Card 8398 | | 0.99 | |
| 5/3 | | Purchase authorized on 05/02 Burts Pharmacy - Westlake Vill CA S303122718266866 Card 2939 | | 2.42 | |
| 5/3 | | Recurring Payment authorized on 05/02 Orkin LLC 002 877-620-8282 GA S463123169502152 Card 8398 | | 124.06 | 127,989.64 |
| 5/4 | | Purchase Return authorized on 05/02 Vons.Com #3135 877-505-4040 CA S383122517425052 Card 8398 | 13.65 | | |
| 5/4 | | Purchase Return authorized on 05/02 Vons.Com #3135 877-505-4040 CA S383122673111312 Card 8398 | 9.98 | | |
| 5/4 | | Purchase authorized on 05/02 Vons.Com #3135 877-505-4040 CA S463122477043989 Card 8398 | | 134.09 | |
| 5/4 | | Purchase authorized on 05/02 Pavilions.Com #221 877-505-4040 CA S383122675491568 Card 8398 | | 23.47 | |
| 5/4 | | Purchase authorized on 05/03 Omega Rehab & Spor Thousand Oaks CA S303123702681332 Card 2939 | | 15.45 | |
| 5/4 | 262 | Check | | 381.00 | 127,459.26 |
| 5/5 | | Purchase authorized on 05/03 Staples 0010 Westlake Vill CA S583124026745023 Card 2939 | | 32.44 | |
| 5/5 | | Purchase authorized on 05/04 Sq *Walter E Jacob Gosq.Com CA S383124491262226 Card 8398 | | 45.00 | |

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/5 | | Purchase authorized on 05/04 Adobe Petroleum IN Agoura CA S303124709482368 Card 2939 | | 64.34 | 127,317.48 |
| 5/8 | | Purchase Return authorized on 05/05 Vons.Com #3135 877-505-4040 CA S303126033373067 Card 8398 | 4.79 | | |
| 5/8 | | Purchase authorized on 05/04 Vons.Com #3135 877-505-4040 CA S583124489370060 Card 8398 | | 123.47 | |
| 5/8 | | Purchase authorized on 05/04 Round Table Pizza Thousand Oaks CA S303125067002680 Card 8398 | | 50.95 | |
| 5/8 | | Purchase authorized on 05/05 Pavilions.Com #221 877-505-4040 CA S383125503521508 Card 8398 | | 37.07 | |
| 5/8 | | Recurring Payment authorized on 05/05 Athens Services 626-3363636 CA S463125689896108 Card 8398 | | 50.65 | |
| 5/8 | | Recurring Payment authorized on 05/06 Apple.Com/Bill 866-712-7753 CA S383126257470836 Card 8398 | | 6.99 | |
| 5/8 | | Purchase authorized on 05/06 Vons.Com #3135 877-505-4040 CA S463126484405082 Card 8398 | | 82.05 | |
| 5/8 | | Purchase authorized on 05/06 Barnes & Noble #27 Thousand Oaks CA S583126733329663 Card 2939 | | 134.30 | |
| 5/8 | | Purchase authorized on 05/07 Amazon.Com*Eo3G07U Amzn.Com/Bill WA S463127561400719 Card 8398 | | 17.11 | |
| 5/8 | | So Cal Edison CO Directpay 700465391189 Darrell Maag | | 262.13 | 126,557.55 |
| 5/9 | | Purchase authorized on 05/07 Jersey Mikes 20011 Thousand Oaks CA S383127811890201 Card 2939 | | 47.95 | |
| 5/9 | | Hillcrest Homeow L3725934 230508 O6212312707 Derrick Maag | | 106.00 | 126,403.60 |
| 5/10 | | Purchase authorized on 05/08 Pavilions.Com #221 877-505-4040 CA S303128502871308 Card 8398 | | 31.55 | |
| 5/10 | | Purchase authorized on 05/08 Vons.Com #3135 877-505-4040 CA S583128501126360 Card 8398 | | 129.86 | |
| 5/10 | | Purchase authorized on 05/08 Pavilions.Com #221 877-505-4040 CA S463128713000346 Card 8398 | | 60.83 | |
| 5/10 | | Purchase authorized on 05/09 Amazon.Com*Tk1Z228 Amzn.Com/Bill WA S583129513519525 Card 8398 | | 54.96 | |
| 5/10 | | Purchase authorized on 05/09 Amazon.Com*137Ex0A Amzn.Com/Bill WA S583129513534457 Card 8398 | | 36.64 | |
| 5/10 | | Purchase authorized on 05/09 Amzn Mktp US*Pe2Cm Amzn.Com/Bill WA S383129529813308 Card 8398 | | 65.94 | |
| 5/10 | | Purchase authorized on 05/09 The Royal Egg Cafe Westlake Vill CA S303129558263878 Card 8398 | | 5.91 | |
| 5/10 | | Purchase authorized on 05/09 Burts Pharmacy - Westlake Vill CA S583129855074074 Card 2939 | | 95.41 | |
| 5/10 | | Purchase authorized on 05/10 Pavilions #2215 Thousand Oaks CA P000000485909211 Card 8398 | | 185.69 | |
| 5/10 | | Purchase authorized on 05/10 Pavilions #2215 Thousand Oaks CA P000000383574864 Card 8398 | | 85.35 | 125,651.46 |
| 5/11 | | Purchase authorized on 05/09 Vons.Com #3135 877-505-4040 CA S583129482655259 Card 8398 | | 40.72 | |
| 5/11 | | Purchase authorized on 05/10 Oganesian Orthoped Thousand Oaks CA S383130663746512 Card 2939 | | 200.00 | |
| 5/11 | | Purchase authorized on 05/10 Omega Rehab & Spor Thousand Oaks CA S463130816690593 Card 2939 | | 1,205.30 | 124,205.44 |
| 5/12 | | Purchase authorized on 05/10 Vons.Com #3135 877-505-4040 CA S383130529774346 Card 8398 | | 100.77 | |
| 5/12 | | Purchase authorized on 05/10 You Love Nails. Oak Park CA S303130621884285 Card 8398 | | 85.00 | |
| 5/12 | | Purchase authorized on 05/11 Corner Bakery 0207 Thousand Oaks CA S463132023971690 Card 2939 | | 43.12 | |
| 5/12 | | Purchase authorized on 05/12 Pavilions #2215 Thousand Oaks CA P000000885678520 Card 8398 | | 54.42 | 123,922.13 |
| 5/15 | | Purchase authorized on 05/12 Pavilions.Com #221 877-505-4040 CA S383132837130456 Card 8398 | | 47.85 | |
| 5/15 | | Recurring Payment authorized on 05/13 Spectrum 855-707-7328 MO S463133351957658 Card 8398 | | 79.99 | |

WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/15 | | Recurring Payment authorized on 05/13 ATT*Bill Payment 800-288-2020 TX S463133430465836 Card 8398 | | 245.08 | |
| 5/15 | | Purchase authorized on 05/13 Vons.Com #3135 877-505-4040 CA S583133509343478 Card 8398 | | 201.99 | |
| 5/15 | | Purchase authorized on 05/13 Staples 0010 Westlake Vill CA S383133697166830 Card 2939 | | 25.16 | |
| 5/15 | | Purchase authorized on 05/13 Sweet Arleens Westlake Vlg CA S383133776615191 Card 2939 | | 13.95 | |
| 5/15 | | Purchase authorized on 05/13 Chevron 0382441 Agoura Hills CA S383133833206160 Card 2939 | | 1.74 | |
| 5/15 | | Purchase authorized on 05/13 Chevron 0382441 Agoura Hills CA S583133831490866 Card 2939 | | 49.32 | |
| 5/15 | | Purchase authorized on 05/13 Whetstones Barber Agoura Hills CA S303133843060321 Card 2939 | | 57.50 | |
| 5/15 | | Purchase authorized on 05/14 Chevron 0308943 Westlake Vill CA S303134593076302 Card 8398 | | 55.48 | |
| 5/15 | | Purchase authorized on 05/14 Pavilions #2215 Thousand Oaks CA P000000876103225 Card 8398 | | 66.43 | 123,077.64 |
| 5/16 | | Purchase authorized on 05/14 Walmart.Com 800-966-6546 AR S303134493893192 Card 8398 | | 150.04 | |
| 5/16 | | Purchase authorized on 05/14 Vons.Com #3135 877-505-4040 CA S463134502776682 Card 8398 | | 77.81 | |
| 5/16 | | Purchase authorized on 05/14 Pavilions #2215 Thousand Oaks CA S383134764924058 Card 8398 | | 31.13 | |
| 5/16 | | Recurring Payment authorized on 05/14 Google *Peacock 855-836-3987 CA S383135087581593 Card 8398 | | 4.99 | |
| 5/16 | | Purchase authorized on 05/15 Westlake Village U Westlake Vill CA S303135790135175 Card 8398 | | 45.00 | |
| 5/16 | | Purchase authorized on 05/15 Wood Ranch Agoura Agoura Hills CA S583136003786425 Card 2939 | | 89.35 | 122,679.32 |
| 5/17 | | Purchase authorized on 05/15 Vons.Com #3135 877-505-4040 CA S583135502565816 Card 8398 | | 123.06 | |
| 5/17 | | Purchase authorized on 05/15 Aci*Americanhondaf 800-252-9638 NE S303136107149610 Card 2939 | | 460.95 | |
| 5/17 | | Purchase authorized on 05/16 24 Hour Fitness US 800-4326348 CA S463136626424467 Card 2939 | | 29.99 | |
| 5/17 | | Purchase authorized on 05/16 Sweet Arleens Westlake Vlg CA S383136852589722 Card 2939 | | 13.50 | 122,051.82 |
| 5/18 | | Purchase Return authorized on 05/16 Vons.Com #3135 877-505-4040 CA S583136508046821 Card 8398 | 1.50 | | |
| 5/18 | | Purchase authorized on 05/16 Pavilions.Com #221 877-505-4040 CA S583136506533606 Card 8398 | | 30.30 | |
| 5/18 | | Purchase authorized on 05/16 Vons.Com #3135 877-505-4040 CA S463136533782950 Card 8398 | | 40.29 | |
| 5/18 | | Purchase authorized on 05/18 Oaks Westlake Vill CA P000000685504577 Card 8398 | | 137.84 | 121,844.89 |
| 5/19 | | Purchase authorized on 05/17 Vons.Com #3135 877-505-4040 CA S383137457719766 Card 8398 | | 12.71 | |
| 5/19 | | Purchase authorized on 05/17 Pavilions.Com #221 877-505-4040 CA S383137459123362 Card 8398 | | 12.71 | |
| 5/19 | | Purchase authorized on 05/17 Pavilions.Com #221 877-505-4040 CA S383137519549517 Card 8398 | | 14.37 | |
| 5/19 | | Purchase authorized on 05/18 Sweet Arleens Westlake Vlg CA S583138686272093 Card 8398 | | 13.95 | |
| 5/19 | | Purchase authorized on 05/18 Judith Nielsen Sherman Oaks CA P000000286977242 Card 2939 | | 2.50 | 121,788.65 |
| 5/22 | | Purchase Return authorized on 05/18 Pavilions.Com #221 877-505-4040 CA S383138489303053 Card 8398 | 3.95 | | |
| 5/22 | | Purchase Return authorized on 05/18 Pavilions.Com #221 877-505-4040 CA S583138560995388 Card 8398 | 4.99 | | |
| 5/22 | | Purchase Return authorized on 05/18 Vons.Com #3135 877-505-4040 CA S583138730509207 Card 8398 | 20.13 | | |

**WELLS FARGO**

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/22 | | Purchase authorized on 05/18 Pavilions.Com #221 877-505-4040 CA S383138511313496 Card 8398 | | 117.45 | |
| 5/22 | | Purchase authorized on 05/19 Pavilions.Com #221 877-505-4040 CA S383139511175621 Card 8398 | | 90.26 | |
| 5/22 | | Purchase authorized on 05/19 24 Hour Fitness US 800-4326348 CA S463139633209881 Card 2939 | | 25.00 | |
| 5/22 | | Purchase authorized on 05/19 Comprehensive Pain Thousand Oaks CA S583139694806559 Card 2939 | | 120.00 | |
| 5/22 | | Purchase authorized on 05/20 Pavilions.Com #221 877-505-4040 CA S383140557866591 Card 8398 | | 37.87 | |
| 5/22 | | Purchase authorized on 05/20 Pavilions #2215 Thousand Oaks CA P000000079641303 Card 8398 | | 116.39 | |
| 5/22 | | Purchase authorized on 05/20 Pavilions #2215 Thousand Oaks CA P000000270776334 Card 8398 | | 61.33 | |
| 5/22 | | Purchase authorized on 05/20 Sharky's Westlake Thousand Oaks CA S303141028308262 Card 2939 | | 38.40 | |
| 5/22 | | Purchase authorized on 05/21 Chevron 0093187 Encino CA S583141815815490 Card 2939 | | 40.00 | |
| 5/22 | | Purchase authorized on 05/21 Collegeboard*Sat O 212-7137789 NY S463142026067297 Card 8398 | | 76.00 | 121,095.02 |
| 5/23 | | Purchase authorized on 05/21 Alaska Air 027233 Seattle WA S383141703519199 Card 2939 | | 270.90 | |
| 5/23 | | Purchase authorized on 05/21 Pavilions.Com #221 877-505-4040 CA S583141708061440 Card 8398 | | 28.89 | |
| 5/23 | | Purchase authorized on 05/21 The Cardiovascular 000-0000000 CA S463141811033294 Card 2939 | | 85.00 | 120,710.23 |
| 5/24 | | Purchase authorized on 05/22 Vons.Com #3135 877-505-4040 CA S303142502967705 Card 8398 | | 18.24 | |
| 5/24 | | Purchase authorized on 05/22 Pavilions.Com #221 877-505-4040 CA S463142580498807 Card 8398 | | 15.53 | |
| 5/24 | | Purchase authorized on 05/22 Pavilions.Com #221 877-505-4040 CA S583142514365046 Card 8398 | | 106.66 | |
| 5/24 | | Purchase authorized on 05/22 Pavilions.Com #221 877-505-4040 CA S383142713186604 Card 8398 | | 34.82 | |
| 5/24 | | Purchase authorized on 05/23 Savings Gas Encino CA S583143800540304 Card 2939 | | 2.18 | 120,532.80 |
| 5/25 | | Purchase authorized on 05/23 Vons.Com #3135 877-505-4040 CA S463143492365577 Card 8398 | | 65.39 | |
| 5/25 | | Purchase authorized on 05/23 The Cardiovascular 000-0000000 CA S383143795872253 Card 2939 | | 85.00 | |
| 5/25 | | Purchase authorized on 05/23 Domino's 8175 Westlake Vill CA S303144073438426 Card 8398 | | 35.19 | |
| 5/25 | | Purchase authorized on 05/23 Apple.Com/Bill 866-712-7753 CA S383144225569778 Card 8398 | | 11.99 | |
| 5/25 | | Purchase authorized on 05/24 Amazon.Com*9551H5O Amzn.Com/Bill WA S383144700041847 Card 8398 | | 6.75 | |
| 5/25 | | Purchase authorized on 05/24 Chevron 0308943 Westlake Vill CA S303144727618589 Card 8398 | | 5.80 | |
| 5/25 | | Purchase authorized on 05/24 Adobe Petroleum IN Agoura CA S463144742674182 Card 2939 | | 4.95 | |
| 5/25 | | Purchase authorized on 05/24 Adobe Petroleum IN Agoura CA S583144741303633 Card 8398 | | 74.22 | |
| 5/25 | | Purchase authorized on 05/24 Adobe Petroleum IN Agoura CA S383144744159678 Card 2939 | | 28.88 | 120,214.63 |
| 5/26 | | Purchase authorized on 05/25 Calwater/Web Recur 800-750-8200 CA S383145521745517 Card 8398 | | 127.70 | 120,086.93 |
| 5/30 | | Purchase Return authorized on 05/25 Pavilions.Com #221 877-505-4040 CA S463145700557286 Card 8398 | 3.95 | | |
| 5/30 | | Purchase authorized on 05/25 Pavilions.Com #221 877-505-4040 CA S463145501909574 Card 8398 | | 16.63 | |
| 5/30 | | Purchase authorized on 05/25 Pavilions.Com #221 877-505-4040 CA S463145709589870 Card 8398 | | 119.60 | |

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/30 | | Recurring Payment authorized on 05/25 Verizonwrlss*Rtccr 800-922-0204 FL S583146084949402 Card 2939 | | 342.86 | |
| 5/30 | | Purchase authorized on 05/26 Dunkin #355298 Q35 Westlake Vlge CA S383146723775574 Card 2939 | | 3.77 | |
| 5/30 | | Purchase authorized on 05/26 Dunkin #355298 Q35 Westlake Vlge CA S583146724385803 Card 2939 | | 95.00 | |
| 5/30 | | Purchase authorized on 05/26 8157 Great Clips A Thousand Oaks CA S303146783590895 Card 2939 | | 42.00 | |
| 5/30 | | Purchase authorized on 05/26 Jersey Mikes 20255 Thousand Oaks CA S303147030191585 Card 2939 | | 42.46 | |
| 5/30 | | Purchase authorized on 05/28 Vons.Com #3135 877-505-4040 CA S303148513922831 Card 8398 | | 157.67 | |
| 5/30 | | Purchase authorized on 05/28 Amzn Mktp US*D4960 Amzn.Com/Bill WA S583148519807491 Card 8398 | | 85.72 | |
| 5/30 | | Purchase authorized on 05/28 You Love Nails. Oak Park CA S583148640296446 Card 8398 | | 90.00 | |
| 5/30 | | Purchase authorized on 05/28 Spotify 877-778-1161 NY S383148672794176 Card 8398 | | 9.99 | |
| 5/30 | | Purchase authorized on 05/28 Wood Ranch Agoura Agoura Hills CA S383148863067455 Card 2939 | | 80.20 | |
| 5/30 | | Recurring Payment authorized on 05/29 Netflix.Com 408-5403700 CA S303149503341921 Card 8398 | | 19.99 | |
| 5/30 | | So Cal Gas Paid Scgc 230526 1769133796 301601474225046806 | | 227.40 | |
| 5/30 | 263 | Check | | 400.00 | 118,357.59 |
| 5/31 | | Purchase authorized on 05/29 Vons.Com #3135 877-505-4040 CA S583149501930949 Card 8398 | | 48.68 | |
| 5/31 | | Purchase authorized on 05/29 Pavilions.Com #221 877-505-4040 CA S383149697687193 Card 8398 | | 28.03 | 118,280.88 |
| **Ending balance on 5/31** | | | | | **118,280.88** |
| **Totals** | | | **$2,096.25** | **$12,038.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 262 | 5/4 | 381.00 | 263 | 5/30 | 400.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2023 - 05/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $118,280.88 ✓ |
| · Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

Darrel Maag
General Ledger
For the Period May 1, 2023, through May 31, 2023

Receipts:

| Date | Amount | Description |
|---|---:|---|
| 05/01/23 | 14.37 | Purchase Return |
| 05/01/23 | 18.94 | Purchase Return |
| 05/01/23 | 2,000.00 | Rental Income |
| 05/04/23 | 13.65 | Purchase Return |
| 05/04/23 | 9.98 | Purchase Return |
| 05/08/23 | 4.79 | Purchase Return |
| 05/18/23 | 1.50 | Purchase Return |
| 05/22/23 | 3.95 | Purchase Return |
| 05/22/23 | 4.99 | Purchase Return |
| 05/22/23 | 20.13 | Purchase Return |
| 05/30/23 | 3.95 | Purchase Return |
|  | **2,096.25** |  |

Disbursements:

| Date | Payment Type | Payee | Amount | Purpose |
|---|---|---|---:|---|
| 05/01/23 | debit | Vons.com | $ 103.22 | Groceries |
| 05/01/23 | debit | Staples | $ 8.00 | Legal(Printing) |
| 05/01/23 | debit | Staples | $ 37.06 | Legal(Printing) |
| 05/01/23 | debit | Staples | $ 38.72 | Legal(Scanning) |
| 05/01/23 | debit | Pavillions | $ 18.03 | Groceries |
| 05/01/23 | debit | Conejo Valley | $ 105.00 | Adult Education Class |
| 05/01/23 | debit | Dominos | $ 64.98 | Food |
| 05/01/23 | debit | Vons.com | $ 90.70 | Groceries |
| 05/01/23 | debit | Netflix.com | $ 19.99 | Entertainment |
| 05/01/23 | debit | Chevrons | $ 75.14 | Gas |
| 05/01/23 | debit | Staples | $ 39.76 | Legal(Printing) |
| 05/01/23 | debit | Quest Diagnostic | $ 38.34 | Medical Visit |
| 05/01/23 | debit | Blue Shield | $ 808.79 | Family Health Insurance |
| 05/01/23 | debit | Blue Shield | $ 553.36 | Wife's Health Insurance |
| 05/02/23 | debit | Young Mens Christi | $ 49.00 | Gym Membership(Son) |
| 05/03/23 | debit | Vons.com | $ 88.80 | Groceries |
| 05/03/23 | w/d | Apple.com | $ 0.99 | Storage |
| 05/03/23 | debit | Burts Pharmacy | $ 2.42 | Medication |
| 05/03/23 | debit | Orkin LLC | $ 124.06 | Pest Control |
| 05/04/23 | debit | Vons.com | $ 134.09 | Groceries |
| 05/04/23 | debit | Pavillions | $ 23.47 | Groceries |
| 05/04/23 | debit | Omega Rehab | $ 15.45 | Physical Therapy |
| 05/04/23 | check | DMV Renewal | $ 381.00 | Auto Registration Renewal |
| 05/05/23 | debit | Staples | $ 32.44 | Legal(Printing) |
| 05/05/23 | debit | Walter E Jacob | $ 45.00 | Medical Visit |
| 05/05/23 | debit | Adobe Petroleum | $ 64.34 | Gas |
| 05/08/23 | debit | Vons.com | $ 123.47 | Groceries |
| 05/08/23 | debit | Round Table Pizza | $ 50.95 | Food |
| 05/08/23 | debit | Pavillions | $ 37.07 | Groceries |
| 05/08/23 | debit | Athens Services | $ 50.65 | Waste Management |
| 05/08/23 | debit | Apple.com | $ 6.99 | iCloud |
| 05/08/23 | debit | Vons.com | $ 82.05 | Groceries |
| 05/08/23 | debit | Barnes & Noble | $ 134.30 | Educational(Son's AP Test Prep) |
| 05/08/23 | debit | Amazon.com | $ 17.11 | Cooking Spices |
| 05/08/23 | debit | So Cal Edison | $ 262.13 | Electricity |
| 05/09/23 | debit | Jersey Mikes | $ 47.95 | Food |

| Date | Type | Payee | Amount | Category |
|---|---|---|---:|---|
| 05/09/23 | debit | Hillcrest Homeow | $ 106.00 | Rental HOA |
| 05/10/23 | debit | Pavillions | $ 31.55 | Groceries |
| 05/10/23 | debit | Vons.com | $ 129.86 | Groceries |
| 05/10/23 | debit | Pavillions | $ 60.83 | Medication |
| 05/10/23 | debit | Amazon.com | $ 54.96 | Personal Hygenie(Son's Hypoallogenic Shampoo) |
| 05/10/23 | debit | Amazon.com | $ 36.64 | Personal Hygenie(Son's Hypoallogenic Conditioner) |
| 05/10/23 | debit | Amazon.com | $ 65.94 | Household Supplies(Dishwashing Detergent) |
| 05/10/23 | debit | The Royal Egg Café | $ 5.91 | Food |
| 05/10/23 | debit | Burts Pharmacy | $ 95.41 | Medication |
| 05/10/23 | debit | Pavillions | $ 185.69 | Medication |
| 05/10/23 | debit | Pavillions | $ 85.35 | Groceries |
| 05/11/23 | debit | Vons.com | $ 40.72 | Groceries |
| 05/11/23 | debit | Oganesian Orthoped | $ 200.00 | Medical Visit |
| 05/11/23 | debit | Omega Rehab | $ 1,205.30 | Physical Therapy |
| 05/12/23 | debit | Vons.com | $ 100.77 | Groceries |
| 05/12/23 | debit | You Love Nails | $ 85.00 | Personal Hygenie |
| 05/12/23 | debit | Corner Bakery | $ 43.12 | Food |
| 05/12/23 | debit | Pavillions | $ 54.42 | Groceries |
| 05/15/23 | debit | Pavillions | $ 47.85 | Groceries |
| 05/15/23 | debit | Spectrum | $ 79.99 | Internet |
| 05/15/23 | debit | ATT | $ 245.08 | Entertainment(DirecTV) |
| 05/15/23 | debit | Vons.com | $ 201.99 | Groceries |
| 05/15/23 | debit | Staples | $ 25.16 | Legal(Printing) |
| 05/15/23 | debit | Sweet Arleens | $ 13.95 | Food |
| 05/15/23 | debit | Chevron | $ 1.74 | Gas |
| 05/15/23 | debit | Chevron | $ 49.32 | Gas |
| 05/15/23 | debit | Whetstons Barber | $ 57.50 | Personal Hygenie(Son's Haircut) |
| 05/15/23 | debit | Chevron | $ 55.48 | Gas |
| 05/15/23 | debit | Pavillions | $ 66.43 | Groceries |
| 05/16/23 | debit | Walmart.com | $ 150.04 | Groceries |
| 05/16/23 | debit | Vons.com | $ 77.81 | Groceries |
| 05/16/23 | debit | Pavillions | $ 31.13 | Groceries |
| 05/16/23 | debit | Google Peacock | $ 4.99 | Entertainment |
| 05/16/23 | debit | Westlake Village Urgent Care | $ 45.00 | Medical Visit |
| 05/16/23 | debit | Wood Ranch | $ 89.35 | Food |
| 05/17/23 | debit | Vons.com | $ 123.06 | Groceries |
| 05/17/23 | debit | American Honda | $ 460.95 | Auto Payment |
| 05/17/23 | debit | 24 Hour Fitness | $ 29.99 | Gym Membership(Wife) |
| 05/17/23 | debit | Sweet Arleens | $ 13.50 | Food |
| 05/18/23 | debit | Pavillions | $ 30.30 | Groceries |
| 05/18/23 | debit | Vons.com | $ 40.29 | Groceries |
| 05/18/23 | debit | Oaks Westlake | $ 137.84 | Gift(Mother's Day) |
| 05/19/23 | debit | Vons.com | $ 12.71 | Groceries |
| 05/19/23 | debit | Pavillions | $ 12.71 | Groceries |
| 05/19/23 | debit | Pavillions | $ 14.37 | Groceries |
| 05/19/23 | debit | Sweet Arleens | $ 13.95 | Food |
| 05/19/23 | debit | Judith Nielson | $ 2.50 | Water |
| 05/22/23 | debit | Pavillions | $ 117.45 | Medication |
| 05/22/23 | debit | Pavillions | $ 90.26 | Groceries |
| 05/22/23 | debit | 24 Hour Fitness | $ 25.00 | Mistaken Fee |
| 05/22/23 | debit | Comprehensive Pain | $ 120.00 | Medical Visit |
| 05/22/23 | debit | Pavillions | $ 37.87 | Groceries |
| 05/22/23 | debit | Pavillions | $ 116.39 | Medical Visit |
| 05/22/23 | debit | Pavillions | $ 61.33 | Groceries |
| 05/22/23 | debit | Sharky's | $ 38.40 | Food |
| 05/22/23 | debit | Chevron | $ 40.00 | Gas |
| 05/22/23 | debit | Collegeboard SAT | $ 76.00 | Educational |
| 05/23/23 | debit | Alaska Air | $ 270.90 | Son's Flight Home from College |
| 05/23/23 | debit | Pavillions | $ 28.89 | Groceries |
| 05/23/23 | debit | The Cardiovascular | $ 85.00 | Medical Visit |

| Date | Type | Payee | Amount | Category |
|---|---|---|---|---|
| 05/23/23 | debit | Vons.com | $ 18.24 | Groceries |
| 05/23/23 | debit | Pavillions | $ 15.53 | Groceries |
| 05/23/23 | debit | Pavillions | $ 106.66 | Groceries |
| 05/23/23 | debit | Pavillions | $ 34.82 | Groceries |
| 05/24/23 | debit | Savings Gas | $ 2.18 | Food |
| 05/25/23 | debit | Vons.com | $ 65.39 | Groceries |
| 05/25/23 | debit | The Cardiovascular | $ 85.00 | Medical Visit |
| 05/25/23 | debit | Dominos | $ 35.19 | Food |
| 05/25/23 | debit | Apple.com | $ 11.99 | Entertainment(AppleTV) |
| 05/25/23 | debit | Amazon.com | $ 6.75 | Educational(Pencils) |
| 05/25/23 | debit | Chevron | $ 5.80 | Gas |
| 05/25/23 | debit | Adobe Petroleum | $ 4.95 | Gas |
| 05/25/23 | debit | Adobe Petroleum | $ 74.22 | Gas |
| 05/25/23 | debit | Adobe Petroleum | $ 28.88 | Gas |
| 05/26/23 | debit | Calwater | $ 127.70 | Water Bill |
| 05/30/23 | debit | Pavillions | $ 16.63 | Groceries |
| 05/30/23 | debit | Pavillions | $ 119.60 | Groceries |
| 05/30/23 | debit | Verizon | $ 342.86 | Cell Phone Bill |
| 05/30/23 | debit | Dunkin | $ 3.77 | Drink |
| 05/30/23 | debit | Dunkin | $ 95.00 | Food(Monthly Coffee Refill) |
| 05/30/23 | debit | Great Clips | $ 42.00 | Haircut |
| 05/30/23 | debit | Jersey Mikes | $ 42.46 | Food |
| 05/30/23 | debit | Vons.com | $ 157.67 | Groceries |
| 05/30/23 | debit | Amazon.com | $ 85.72 | Electronics Cleaner/Groceries |
| 05/30/23 | debit | You Love Nails | $ 90.00 | Personal Hygenie |
| 05/30/23 | debit | Spotify | $ 9.99 | Entertainment(Renewal) |
| 05/30/23 | debit | Wood Ranch | $ 80.20 | Food |
| 05/30/23 | debit | Netflix.com | $ 19.99 | Entertainment |
| 05/30/23 | debit | So Cal Gas | $ 227.40 | Gas Bill |
| 05/30/23 | check | Blue Water Pool & Spa | $ 400.00 | Monthly Service/Repair |
| 05/31/23 | debit | Vons.com | $ 48.68 | Groceries |
| 05/31/23 | debit | Pavillions | $ 28.03 | Groceries |
| | | | $ 12,038.06 | |